IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EQUAL JUSTICE FOUNDATION,

    Plaintiff,

vs.

Case No. C2-04-228
Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel

DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.,

    Defendants.

## ORDER

The parties have notified the Court that they have reached a settlement in principle as to all the material issues in this case. Accordingly, Defendants' Motion to Dismiss (Doc. #61) is **DENIED WITHOUT PREJUDICE**. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case. Either party may reactivate the case by filing a Notice of Request to Reactivate, in the event that a full compromise is not reached. The status conference, currently scheduled for October 1, 2007, is hereby **VACATED**.

    IT IS SO ORDERED.

September 28, 2007
DATED

/s/ *Edmund A. Sargus, Jr.*
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE